UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Emelie Jones,**<br><br>Plaintiff(s),<br><br>v.<br><br>**Safe Step Walk In Tub, LLC; Synchrony Bank Inc.; and David Gurubel,**<br><br>Defendant(s). | **Civil Action No.**<br>**2:19-cv-02131-SGC** |

## CORPORATE DISCLOSURE STATEMENT

Safe Step Walk In Tub, LLC certifies that it is a nongovernment limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business in Nashville, Tennessee. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Safe Step Walk In Tub, LLC hereby identifies its parent corporation and any publicly held corporation owning ten percent (10%) or more of its stock as follows:

1. Ferguson Enterprises, LLC, a limited liability company organized and existing under the laws of the State of Virginia, is Safe Step Walk In Tub, LLC's parent corporation.

Respectfully submitted,

By: _____
Brandon T. Walker
Bar Number: WAL193

OF COUNSEL:
Hartman, Springfield & Walker, LLP
3138 Cahaba Heights Road, Ste. 110
Vestavia Hills, AL 35243

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of February, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

_____ Facsimile transmission to the following;

_____ Hand delivery to the following;

_____ Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to the following:

__X__ Using the PACER system which will send notification of such to the following:

Joshua Hornady
Meghan Cole
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL 35255
   Attorney For: Emelie Jones

Jones, Emelie v Safe Step Walk In Tub, LLC, et al.
Civil Action No.: 2:19-cv-02131-SGC
Safe Step Rule 7.1 Disclosure

Kristen P. Watson
Burr Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
   Attorney For: Synchrony Bank, Inc.

Megan K. McCarthy
Holtsford Gilliland Higgins Hitson & Howard, P.C.
Post Office Box 4128
Montgomery, AL  36103
   Attorney For: David Gurubel

_____
OF COUNSEL